1  YOUR NAME BRUCE DERRICK CALHOUN
   YOUR ADDRESS PEACHTREE INN APT #425 "C" STREET SAN DIEGO, CA 92101
2  YOUR TELEPHONE NUMBER (619) 233-1182

FILED
'09 AUG 24 PM 1:24
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

BRUCE DERRICK CALHOUN
DISABLED AIR FORCE VETERAN
   -v-
SAN DIEGO COUNTY AND ALL IT'S CORRUPT PARTNERS UNITED STATES DISTRICT COURT SECURITY, HALL OF JUSTICE, JUDGE BERRY, JUDGE MILLER, HARBOR POLICE, SAN DIEGO POLICE, SAN DIEGO INTERNATIONAL AIRPORT, CENTRAL JAIL, SHERIFF, PEACHTREE INN, SDSU, SYMBOLIC MOTOR CAR COMPANY, REMAX, RALPHS, MTS, NBC SAN DIEGO, DELMAR RACE TRACK, UNITED THEATERS, WALMART, AND CASINO, COX CABLE, MICROSOFT, DELL, GOOGLE, PALAMAR MEDICAL CENTER MENTAL HEALTH UNIT, THE ENTIRE CALHOUN FAMILY, JUDGE PORTER, OSI a.s. AIR FORCE

Case No. '09 CV 1830 LAB CAB
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

THAT SAN DIEGO COUNTY AND ALL IT'S CORRUPT PARTNERS JUDGE JEFFREY T. MILLER, MAGISTRATE JUDGE LOUISA S. PORTER, JUDGE BERRY AND THE HALL OF JUSTICE HAVE BEEN TRYING TO MURDER ME SINCE 10 NOVEMBER 2008 WHEN THEY FILED MY $100 MILLION DOLLAR FEDERAL SUIT WITH THE UNITED STATES DISTRICT COURT 4TH FLOOR CLERK W. SAMUEL HAMRICK, JR., S/T. LEE DEPUTY CLERK. NATURE OF SUIT: 470 RACKETEER/CORRUPT ORGANIZATION, JURISDICTION: DIVERSITY CAUSE: 28:1332 DIVERSITY - RACKETEERING (RICO) ACT, CIVIL DOCKET FOR CASE #: 3:08-CV-02064-JM FOR JUDGMENT IN A CIVIL CASE, ENTERED ON MAY 5 2009 CINCO DE MAYO. THEY MURDERED AND RAPED MY ENTIRE FAMILY AND EVERY FRIEND THEY COULD FIND IN THE FBI-NGA FILES FOR MY TOP SECRET SCI CLEARANCE IN THE UNITED STATES AIRFORCE, ELECTRONIC WARFARE SYSTEMS SPECIALIST, 1981 KEESLER AFB, BILOXI, MISSISSIPPI 1985 RAPED BY OSI DEPENDENT WIFE DAPHNE CHERIE MCKINNEY CALHOUN, OSAN AFB, KOREA.

JS 44 (Rev. 11/04) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

FILED
09 AUG 24 PM 2:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff: **SAN DIEGO COUNTY**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **SAN DIEGO COUNTY**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
**BRUCE DERRICK CALHOUN**
**DISABLED AIR FORCE VETERAN**

Attorneys (If Known): **JUDGE MEYER**

**'09 CV 1830 LAB CAB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☒ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 362 Personal Injury - Med. Malpractice | ☒ 620 Other Food & Drug | ☒ 423 Withdrawal 28 USC 157 | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☒ 630 Liquor Laws | **PROPERTY RIGHTS** | ☒ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☒ 460 Deportation |
| ☒ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☒ 650 Airline Regs. | ☒ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☒ 370 Other Fraud | ☒ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☒ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☒ 371 Truth in Lending | ☒ 690 Other | | ☒ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☒ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☒ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☒ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☒ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☒ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☒ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☒ 510 Motions to Vacate Sentence | ☒ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☒ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☒ 893 Environmental Matters |
| ☒ 230 Rent Lease & Ejectment | ☒ 443 Housing/Accommodations / Habeas Corpus: | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☒ 444 Welfare / ☐ 530 General | | ☒ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☒ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment / ☒ 535 Death Penalty | | | ☒ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☒ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**470 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS**

Brief description of cause:
**28:1332 DIVERSITY - RACKETEERING (RICO) ACT 28:1331 QR**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **200,000,000 $200 MILLION DOLLARS**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE **JEFFREY T. MILLER / LOUISA S. PORTER / JUDGE BERRY** DOCKET NUMBER **#3:08-CV-02064-JM-MR**

DATE **24 AUGUST 2009**
SIGNATURE OF ATTORNEY OF RECORD
**DISABLED AIR FORCE VETERAN**

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

